**Kent THORSHEIM, Appellant,**

v.

**State of IOWA; Polk County Iowa; City of Des Moines; Keri Jobe; Cindy Miller; Janis Lavorato; Julie Burger; Roger J. Kuhle; Mark Godwin; John Paul Roehrick, Appellees.**

No. 12–1026.

United States Court of Appeals, Eighth Circuit.

Submitted: June 21, 2012.

Filed: July 2, 2012.

Kent Thorsheim, Des Moines, IA, pro se.

Roger J. Kuhle, Tyler Murray Smith, Attorney General's Office, Des Moines, IA, for Defendant–Appellee.

1. The Honorable David Laro, United States Tax Court Judge.

Mark Godwin, pro se.

John Paul Roehrick, pro se.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Kent Thorsheim appeals the district court's[1] dismissal of his complaint. Upon careful de novo review, *see Reynolds v. Dormire,* 636 F.3d 976, 979 (8th Cir.2011) (dismissal for failure to state claim reviewed de novo); *Knutson v. City of Fargo,* 600 F.3d 992, 995 (8th Cir.2010) (dismissal for lack of subject matter jurisdiction reviewed de novo), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa, adopting the report and recommendations of the Honorable Celeste F. Bremer, United States Magistrate Judge for the Southern District of Iowa.